Opinion by DOWDELL, J.

———

# Woodruff *et al.* v. Stough.

APPEAL from Crenshaw Chancery Court.

Heard before the Hon. JERE N. WILLIAMS.

D. M. POWELL, for appellant.

J. C. RICHARDSON, for appellee.

The bill in this case was filed by the appellee against the appellants. The facts of the case and the purpose of the bill are set forth in the report of the case on the former appeal, as found in 107 Ala. 314.

On the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainant was entitled to the relief prayed for and ordered accordingly. The defendants appeal from this decree and assign the rendition thereof as error.

The decree of the chancellor is affirmed on the authority of *Woodruff v. Stough,* 107 Ala. 314.

Opinion by DOWDELL, J.